[No. 16047-1-II.   Division Two.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE
PATRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam
County, No. 91-1-00112-9, Grant S. Meiner, J., entered April

20, 1992. *Reversed* by unpublished opinion per Morgn, C.J., concurred in by Seinfeld and Houghton, JJ.